Certificate Number: 15317-PAE-DE-036513554

Bankruptcy Case Number: 22-10798



15317-PAE-DE-036513554

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 30, 2022, at 10:49 o'clock AM PDT, Kathleen M Lincoln completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: April 30, 2022

By: /s/Ralph Hongria

Name: Ralph Hongria

Title: Credit Counselor