United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kathleen M. Lincoln  
    Debtor

Case No. 22-10798-elf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 17, 2022      Form ID: 139      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen M. Lincoln, 7212 N. Radcliffe Street, Bristol, PA 19007-5823 |
| 14680167 | | American Express, 19640 N. 31st Street Avenue, Phoenix, AZ 85027 |
| 14680178 | + | John B. Claffey, Esq., Portnoy Schneck, LLC, 3705 Quakerbridge Road, Ste. 116, Trenton, NJ 08619-1288 |
| 14682481 | + | LAKEVIEW LOAN SERVICING, LLC, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14680183 | + | SYNCB/Sams Club, 608 SW 8th Street, Bentonville, AR 72712-6207 |
| 14680181 | + | Sterling Credit Corp, PO Box 675, Spring House, PA 19477-0675 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | May 18 2022 03:58:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | Email/Text: megan.harper@phila.gov | May 17 2022 23:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | May 18 2022 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2022 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | May 17 2022 23:57:00 | Fifth Third Bank, N.A., 14841 DALLAS PARKWAY, SUITE 425, Dallas, TX 75254-8067 |
| cr | + | EDI: RMSC.COM | May 18 2022 03:58:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14682103 | + | Email/Text: bkfilings@zwickerpc.com | May 17 2022 23:57:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover MA 01810-0943 |
| 14680168 | + | EDI: TSYS2 | May 18 2022 03:58:00 | Barclays Bank Deleware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14680169 | + | Email/Text: bankruptcy@cavps.com | May 17 2022 23:57:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 14680170 | + | Email/Text: bankruptcycollections@citadelbanking.com | May 17 2022 23:57:00 | Citadel Federal Credit Union, 520 Eagleview Blvd., Exton, PA 19341-1119 |
| 14680171 | + | EDI: CITICORP.COM | May 18 2022 03:58:00 | Citi, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14680172 | | EDI: CITICORP.COM | May 18 2022 03:58:00 | Citi Bank - Home Depot Credit Svcs., PO Box 7032, Sioux Falls, SD 57117-7032 |
| 14680173 | + | EDI: WFNNB.COM | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 18 2022 03:58:00 | Comenity/Boscovs, PO Box 182789, Columbus, OH 43218-2789 |
| 14680174 | | EDI: DISCOVER.COM | May 18 2022 03:58:00 | Discover Fin Svcs, 2500 Lake Cook Road, Deerfield, IL 60015 |
| 14680175 | | EDI: DISCOVER.COM | May 18 2022 03:58:00 | Discover Financial Svcs, 2500 Lake Cook Road, Deerfield, IL 60015 |
| 14680176 | | Email/Text: collectionbankruptcies.bancorp@53.com | May 17 2022 23:57:00 | Fifth Third Bank, NA, 5050 Kingsley Drive, Cincinnati, OH 45263 |
| 14680177 | | Email/Text: cashiering-administrationservices@flagstar.com | May 17 2022 23:57:00 | Flagstar Bank, Mail Stop E115-3 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14680179 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2022 23:57:00 | Midland Credit Management, Inc, 320 East Big Beaver Road, Posting Team, Troy, MI 48083-1238 |
| 14680180 | | Email/Text: bk-notification@sps-law.com | May 17 2022 23:56:00 | Portnoy Schneck, LLC, 3705 Quakerbridge Road, Ste. 116, Trenton, NJ 08619 |
| 14680182 | | EDI: RMSC.COM | May 18 2022 03:58:00 | SYNCB/MC, PO Box 965003, Orlando, FL 32896-5003 |
| 14680553 | + | EDI: RMSC.COM | May 18 2022 03:58:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14680184 | + | Email/Text: BKRMailOps@weltman.com | May 17 2022 23:57:00 | Weltman, Weisber $ Reis Co., LPA, 965 Keynote Circle, Independence, OH 44131-1829 |
| 14680185 | + | Email/Text: bkfilings@zwickerpc.com | May 17 2022 23:57:00 | Zwicker & Assoc, PC, PO Box 9013, Andover, MA 01810-0913 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| cr | *+ | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2022   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| NATHAN SNYDER | |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: May 17, 2022 | Form ID: 139 | Total Noticed: 28

    on behalf of Debtor Kathleen M. Lincoln nathan@nsnyderlaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT H. HOLBER
    trustee@holber.com rholber@ecf.axosfs.com

ROBERT H. HOLBER
    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Kathleen M. Lincoln  
7212 N. Radcliffe Street  
Bristol, PA 19007

Debtor(s)                                                                 Case No: 22−10798−elf

                                                                          Chapter: 7

Last Four digits of Social Security  
or Individual Taxpayer−Identification (ITIN) No(s).,  
(if any) Employer Tax−Identification (EIN) No(s). (if any).:  
xxx−xx−2523

_____

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 8/19/22

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.  
***Any creditor who has filed a proof of claim already need not file another proof of claim.***

900 Market Street  
Suite 400  
Philadelphia, PA 19107

For The Court

Timothy B. McGrath  
Clerk of Court

**Date:** 5/17/22

15  
Form 139