IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :     Bankruptcy No. 22-10798 - ELF
                                    :
     KATHLEEN M. LINCOLN            :
                                    :
                                    :
          Debtor                    :     Chapter 7

SUPPLEMENTAL DECLARATION OF RICHARD ASTRELLA, REALTOR


     I, Richard Astrella, of Star Real Estate Group, 1500 Walnut
Street, Suite 818, Philadelphia, Pa 19102 and certify that,

     1.   I am a Realtor, experienced in the real estate business.

     2.   I am willing to accept employment by the Trustee on the
basis set forth in the annexed application.  Neither Richard
Astrella, Broker, Star Real Estate Group, nor his or its employees
or agents have an interest adverse to the Trustee, the Debtor or
Debtor's Estate in regards to the matters for which I am to be
employed and am a disinterested party within the meaning of 11
U.S.C. Section 101.

     3.   I do not have a prepetition or other claim against the
estate.

     4.   I have not received a retainer from the debtor, the
estate, a principal of the debtor or a third party as regards work
to be performed on behalf of the bankruptcy estate or the Chapter
7 Trustee.

     5.   I understand any payment to the Broker will only be made
after further approval from the Court in accordance with the
Bankruptcy Code and Rules.

     I declare under penalty of perjury that the foregoing is true
and correct.

     Executed this        day of   5/25/2022          , 2022.


                                        DocuSigned by:

                                        Richard Astrella
                                        3E6B3E77EB0242E...
                                        Richard Astrella