*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Kathleen M. Lincoln
    Debtor(s)

Case No: 22–10798–elf
Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Objection to Application to Employ Star Real Estate Group as Real Estate Broker

on: 6/8/22

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 5/27/22

Timothy B. McGrath
Clerk of Court

20 – 16, 18
Form 167