IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: KATHLEEN M. LINCOLN          : CHAPTER 7
                                    :
                                    :
            Debtor                  : Bankruptcy No. 22-10798 - ELF

PRAECIPE TO WITHDRAW APPLICATION OF ROBERT H. HOLBER, CHAPTER 7 TRUSTEE TO EMPLOY STAR REAL ESTATE GROUP PURSUANT TO SECTION 327 OF THE BANKRUPTCY CODE

TO THE CLERK OF COURTS:

Please withdraw Application of Robert H. Holber, Chapter 7 Trustee to Employ Star Real Estate Group Pursuant to Section 327 of the Bankruptcy Code previously filed on May 17, 2022, regarding the above captioned debtor.

Date: 6/1/22

ROBERT H. HOLBER, ESQUIRE
Chapter 7 Trustee