**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **KATHLEEN M. LINCOLN** | : | Chapter 7 |
| | | : | |
| | Debtor | : | Bky. No. 22-10798 ELF |

# O R D E R

**AND NOW, WHEREAS,** a reaffirmation agreement of the kind specified in 11 U.S.C. §524(c) between the Debtor and **Fifth Third Bank, N.A.** has been filed with the court,

**It is hereby ORDERED and DETERMINED** that:

1. Under 11 U.S.C. §522(d), a hearing is required.

2. Under 11 U.S.C. §522(m), there is a presumption of undue hardship.

3. Pursuant to 11 U.S.C. §524(d), a **telephonic hearing** shall be held on **June 8, 2022, at 10:00 a.m.** regarding the reaffirmation agreement.[1]

4. Pending the conclusion of the hearing, the discharge order under 11 U.S.C. §727(a) shall not be entered. See Fed. R. Bankr. P. 4004(c)(1)(K).

5. Counsel for the Debtor **SHALL ATTEND** the hearing.

Date: May 31, 2022

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

---

[1] Instructions for appearing by telephone may be found on the court's website at: https://www.paeb.uscourts.gov/file/conference-call-numbers.