United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10798-elf |
| Kathleen M. Lincoln | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 01, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen M. Lincoln, 7212 N. Radcliffe Street, Bristol, PA 19007-5823 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Jun 02 2022 00:24:00 | Fifth Third Bank, N.A., 14841 DALLAS PARKWAY, SUITE 425, Dallas, TX 75254-8067 |
| 14680176 | | Email/Text: collectionbankruptcies.bancorp@53.com | Jun 02 2022 00:24:00 | Fifth Third Bank, NA, 5050 Kingsley Drive, Cincinnati, OH 45263 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2022            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| NATHAN SNYDER | on behalf of Debtor Kathleen M. Lincoln nathan@nsnyderlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 01, 2022 | Form ID: pdf900 | Total Noticed: 3 |

ROBERT H. HOLBER
    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | KATHLEEN M. LINCOLN | : | Chapter 7 |
| | | : | |
| | Debtor | : | Bky. No. 22-10798 ELF |

# O R D E R

**AND NOW, WHEREAS,** a reaffirmation agreement of the kind specified in 11 U.S.C. §524(c) between the Debtor and **Fifth Third Bank, N.A.** has been filed with the court,

**It is hereby ORDERED and DETERMINED** that:

1. Under 11 U.S.C. §522(d), a hearing is required.

2. Under 11 U.S.C. §522(m), there is a presumption of undue hardship.

3. Pursuant to 11 U.S.C. §524(d), a **telephonic hearing** shall be held on **June 8, 2022, at 10:00 a.m.** regarding the reaffirmation agreement.[1]

4. Pending the conclusion of the hearing, the discharge order under 11 U.S.C. §727(a) shall not be entered.  See Fed. R. Bankr. P. 4004(c)(1)(K).

5. Counsel for the Debtor **SHALL ATTEND** the hearing.

**Date:  May 31, 2022**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

---

[1] Instructions for appearing by telephone may be found on the court's website at: https://www.paeb.uscourts.gov/file/conference-call-numbers.