**AUNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| KATHLEEN M. LINCOLN, | : | |
| Debtor | : | Bky. No.  22-10798 ELF |

# O R D E R

**AND NOW,** the Debtor having filed with the court a reaffirmation agreement between the Debtor and **Fifth Third Bank** ("the Reaffirmation Agreement"),

**AND**, the Court having found, in its Order dated **May 31, 2022**, that a presumption exists that the Reaffirmation Agreement would impose an undue hardship on the Debtor,

**AND**, the Court having held a hearing pursuant to 11 U.S.C. §524(m) to permit the parties to present evidence to rebut the presumption of undue hardship and to determine whether the Reaffirmation Agreement should be disapproved;

**AND**, the Debtor having rebutted the presumption of undue hardship,

It is hereby **ORDERED** and **DETERMINED** that the Reaffirmation Agreement **IS NOT DISAPPROVED** pursuant to 11 U.S.C. §524(m)**.**

**Date: August 17, 2022**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**